**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

GEORGE TEDDER                                        PLAINTIFF

v.                         NO. 3:09CV00186-BSM

AMERICAN RAILCAR INDUSTRIES, INC.            DEFENDANT

## ORDER EXTENDING DISCOVERY DEADLINE

By agreement of the parties, the discovery deadline in this matter is hereby extended up to and including May 13, 2011. All other deadlines in this Court's previous scheduling order shall remain the same.

Dated this ⟶ day of March, 2011.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

1

APPROVED:

_David Landis_

David Landis (Ark. Bar No. 64023)
Womack Landis Phelps & McNeill
P.O. Box 3077
Jonesboro, AR 72403-3077
*Attorneys for plaintiff*


_Robert F. Thompson_

Robert F. Thompson (Ark. Bar No. 97232)
BRANCH, THOMPSON, WARMATH & DALE P.A.
414 West Court Street
Paragould, AR 72450
*Attorneys for defendant*