UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GEORGE TEDDER**                                                                           **PLAINTIFF**

v.                      **CASE NO. 3:09cv00186 BSM**

**AMERICAN RAILCAR INDUSTRIES, INC.**                      **DEFENDANT**

**ORDER**

Defendant American Railcar Industries, Inc. ("American Railcar") moves to strike plaintiff George Tedder's ("Tedder") expert witness designations. [Doc. No. 20]. Tedder has responded. Tedder moves for a continuance [Doc. No. 34], to which American Railcar has responded. For good cause shown, the motion to strike is denied and the motion to continue is granted. A new scheduling order will be issued consistent with this order.

IT IS SO ORDERED this 31st day of May, 2011.

                                                  _/s/ Brian S. Miller_
                                               UNITED STATES DISTRICT JUDGE