**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**GEORGE TEDDER**                                                                                    **PLAINTIFF**

**v.**                                     **CASE NO: 3:09CV00186 BSM**

**AMERICAN RAILCAR INDUSTRIES, INC.**                                             **DEFENDANT**

**ORDER**

Defendant American Railcar Industries, Inc.'s (ARI) oral motion to set aside the April 11, 2012, jury verdict and for remittitur is denied. An appropriate judgment shall accompany this order.

ORDERED this 14th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE