IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GEORGE TEDDER**                                                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:09CV00186 BSM**

**AMERICAN RAILCAR INDUSTRIES, INC.**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on April 11, 2012;

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff George Tedder recover from defendant American Railcar Industries, Inc. damages in the amount of Two Million, Two Hundred Eighty-Four Thousand, Eight Hundred Eighty-Eight Dollars and Twenty Cents ($2,284,888.20).  Tedder shall have fourteen (14) days in which to file his motion for costs.  American Railcar Industries, Inc. shall have seven (7) days to file its response.

IT IS SO ORDERED this 14th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE