**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**GEORGE TEDDER**                                                            **PLAINTIFF**

v.                    **CASE NO. 3:09CV00186 BSM**

**AMERICAN RAILCAR**
**INDUSTRIES INC.**                                              **DEFENDANT**

## ORDER

Pursuant to plaintiff's notice of satisfaction of judgment [Doc. No. 133], the supersedeas bond obtained by defendant American Railcar Industries, Inc. [Doc. No. 125] is hereby released and the clerk of court is directed to refund to American Railcar Industries, Inc., the funds on deposit in the amount of $1,555,045.

IT IS SO ORDERED this 4th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE